# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KEVIN ANDREWS,

*Plaintiff*

v.

RIMROCK MEADOWS ASSOCIATION, et al,

*Defendant*

Civil Action No.  2:14-CV-062-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  1. Plaintiff's federal claims are dismissed without prejudice for failure to state a claim on which relief may be granted, as required by § 1915(e)(2)(B). The court declines jurisdiction over all claims for declaratory relief and/or arising under state law which Plaintiff might be able to litigate in state court.  2. The Clerk of the Court shall terminate all pending motions and enter JUDGMENT in accordance with this Order, dismissing the Complaint (ECF No. 9) and the claims therein, without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: May 8, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy